PROB 34
(1/92)

**ORIGINAL**

Report and Order Terminating Probation/
Supervised Release

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 11 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

FAITH TANNER

Criminal No. 03-000300DAE-01

CR 01-00300 DAE

It appearing that the period of probation expired on 8/4/2007, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
SYDNEY L. FLEMING
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 7th day of September, 2007.

_____
DAVID ALAN EZRA
U.S. District Judge